# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# ABERDEEN DIVISION

CARLOS PETERSON                                                                                      PETITIONER

V.                                                                                          NO. 1:14-CV-00153-DMB-JMV

THE PEOPLES OF THE STATE OF N.Y.                                                      RESPONDENT

## ORDER TRANSFERRING CASE TO THE
## UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF NEW YORK,
## *DISMISSING* MOTION [3] TO APPOINT COUNSEL

This matter comes before the Court, *sua sponte*, for consideration of the transfer of this cause. Carlos Peterson has submitted a petition for a writ of *habeas corpus* under 28 U.S.C. § 2254. Petitioner was convicted for assault, second degree, trespass, criminal mischief, and resisting arrest on September 19, 2008, and he is currently incarcerated in the State of New York. The Court can discern no connection between Peterson's claims and the State of Mississippi. Therefore, in the interest of justice and judicial economy, it is **ORDERED:**

1) That this petition will be transferred to the United States District Court for the Northern District of New York.

2) The Clerk of the Court is **DIRECTED** to so transfer the petition.

3) That in light of this order, Peterson's motion [3] to appoint counsel is **DISMISSED** without prejudice to his ability to re-urge it in New York's federal courts.

4) That this case is **CLOSED**.

**SO ORDERED**, this the 8th day of October, 2014.

                                                                    **/s/ Debra M. Brown**
                                                                    **UNITED STATES DISTRICT JUDGE**